## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASSENGER VESSEL ASSOCIATION,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS McLAUGHLIN, et al.,<br><br>    Subpoena Issuer. | In re Subpoena Relating to Case No. 06-CA-11299-GAO Pending in the United States District Court for the District of Massachusetts<br><br>Misc. No. 1:08-mc-63 |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6(a), notice is hereby given of the appearance of Robert Ditzion of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Subpoena Issuers Chris McLaughlin and Sandra McGrath in the above-captioned matter.

Dated: February 22, 2008                                   Respectfully submitted,

                                                                             **/s/Robert Ditzion**
                                                                             Robert Ditzion BBO #660962
                                                                             Shapiro Haber & Urmy LLP
                                                                             Exchange Place
                                                                             53 State Street
                                                                             Boston, MA 02109
                                                                             (617) 439-3939

                                                                             Counsel for Subpoena Issuers Chris McLaughlin and Sandra McGrath