UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASSENGER VESSEL ASSOCIATION,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS McLAUGHLIN, et al.,<br><br>    Subpoena Issuer. | In re Subpoena Relating to Case No. 06-CA-11299-GAO Pending in the United States District Court for the District of Massachusetts<br><br>Misc. No. 1:08-mc-63 |

**SUBPOENA ISSUERS' UNOPPOSED MOTION WITH SUPPORTING POINTS AND AUTHORITY FOR ORDER EXTENDING TIME TO RESPOND TO PETITIONER'S AMENDED MOTION TO QUASH, OR, ALTERNATIVELY TO LIMIT THIRD-PARTY SUBPOENA**

    Pursuant to LCvR 7, Chris McLaughlin and Sandra McGrath, Plaintiffs in Civil Action No. 06-CA-11299-GAO in the District of Massachusetts (together, the "Movants"), respectfully move this Court, that the time within which they may oppose or otherwise respond to the Amended Motion To Quash, Or, Alternatively To Limit Third Party Subpoena (the "Amended Motion to Quash") filed by the Passenger Vessel Association ("PVA") with respect to the subpoena served by them upon it, be extended from February 22, 2008 to and including March 24, 2008.

    In support of this Motion, Movants state as follows:

1.    On January 23, 2008, Movants caused to be served upon PVA a third-party subpoena seeking production of documents and a Fed. R. Civ. P. 30(b)(6) deposition (the "Subpoena").

2. PVA caused to be filed a "Motion to Quash, Or, Alternatively To Limit Third-Party Subpoena" with respect to the Subpoena on February 1, 2008. Prior to the filing of this motion, PVA's counsel did not seek to confer with Movants' counsel, as required by LCvR 7(m).

3. PVA did not serve its motion upon Movants' counsel until February 8, 2008, when it served it via e-mail. Therefore, the Certificate of Service on PVA's motion, which indicated that the document was served on January 31, 2007, was incorrect.

4. On February 8, 2008, PVA filed the Amended Motion to Quash, which it served via First Class mail and which Movants received on February 11, 2008. Prior to the filing of this Amended Motion to Quash, PVA's counsel did not seek to confer with Movants' counsel, as required by LCvR 7(m). Movants' response to the Amended Motion to Quash is due on February 22, 2008.

5. Upon receipt of PVA's motions, Movants' counsel telephoned PVA's counsel to initiate a meet and confer process regarding the Subpoena. Thus far, that still-ongoing process has included, *inter alia*, a teleconference on February 14, 2008; correspondence by PVA's counsel dated February 15, 2008; correspondence by Movants' counsel dated February 19, 2008; a teleconference on February 20, 2008; and correspondence by Movants' counsel dated February 20, 2008.

6. PVA and Movants are now engaged in ongoing negotiations in which they are attempting to agree on the appropriate scope of the document production and deposition testimony requested in the Subpoena, and they believe that the issues raised in the pending Amended Motion to Quash may be resolved without need for any judicial action.

7. PVA does not oppose this Motion or the relief it seeks.

WHEREFORE, Movants respectfully request that this Court extend the deadline within which they must oppose or otherwise respond to the Amended Motion To Quash from February 22, 2008 to and including March 24, 2008.

Dated: February 22, 2008  **Chris McLaughlin and Sandra McGrath**,

By their attorneys,

/s/ **Robert E. Ditzion**
Robert E. Ditzion (D.C.D. Bar No. D00267)
Thomas V. Urmy, Jr.
Todd S. Heyman
Matthew L. Tuccillo
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

## Certificate of Compliance with LCvR 7(m)

I hereby certify that, prior to the filing of this Motion, Matthew L. Tuccillo, Esq. from my office conferred with Heather A. James, Esq., counsel for PVA, concerning it. As a result of that conference, Attorney James represented that her client would not oppose this Motion.

/s/ **Robert E. Ditzion**
Robert E. Ditzion

## Certificate of Service

I hereby certify that on this 22nd day of February 2008, a copy of this Motion was served, via First Class mail and CM/ECF upon the following counsel of record for PVA:

Thomas C. Mugavero
Stephen E. Bers, Esq.
Heather A. James, Esq.
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W. Suite 400
Washington, D.C. 20036

/s/ **Robert E. Ditzion**
Robert E. Ditzion