UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASSENGER VESSEL ASSOCIATION,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS McLAUGHLIN, et al.,<br><br>    Subpoena Issuer. | In re Subpoena Relating to Case No. 06-CA-11299-GAO Pending in the United States District Court for the District of Massachusetts<br><br>Misc. No. 1:08-mc-63 |

**SUBPOENA ISSUERS' UNOPPOSED MOTION WITH SUPPORTING POINTS AND AUTHORITY SEEKING AN ADDITIONAL ORDER EXTENDING TIME FOR SUBPOENA ISSUER TO RESPOND TO PETITIONER'S AMENDED MOTION TO QUASH, OR, ALTERNATIVELY TO LIMIT THIRD-PARTY SUBPOENA**

    Pursuant to LCvR 7, the Subpoena Issuers respectfully move this Court that the time within which the Subpoena Issuers may oppose or otherwise respond to the Petitioner's Amended Motion To Quash, Or, Alternatively To Limit Third Party Subpoena (the "Amended Motion to Quash") be extended again, from March 24, 2008 (the current, extended deadline) to and including April 11, 2008.

    In support of this Motion, the Subpoena Issuers incorporate by reference the procedural history set forth in Subpoena Issuer's Unopposed Motion For Order Extending Time To Respond To Petitioner's Amended Motion To Quash, Or, Alternatively To Limit Third-Party Subpoena (Docket No. 4) and further state as follows:

1.    Since February 22, 2008, when the Subpoena Issuers filed their initial motion seeking an extension of time to respond to Petitioners' Amended Motion to Quash, Or, Alternatively To

Limit Third Party Subpoena, negotiations over the scope of the discovery at issue have proved fruitful and have progressed a great deal.

2. The Subpoena Issuers have substantially narrowed their requests as set forth in their original subpoena to just three categories of documents, with a possible 30(b)(6) deposition to follow. The three categories are any documents concerning the defendant entities in the Subpoena Issuers' underlying District of Massachusetts case, any communications (e.g. newsletters, bulletins, mailings, website content, etc.) by the Petitioner to anyone concerning overtime laws or the seamen exemption thereto, and any "reference library" materials maintained by the Petitioner concerning overtime laws or the seaman exemption thereto.

3. Petitioner's counsel has represented to Subpoena Issuers' counsel: (i) that employees of the Petitioner have made a substantial search for documents, so that a production will likely occur in the near future; (ii) that the number of privileged documents, if any, is likely to be very low, such that it is anticipated that a privilege screen and creation of a privilege log will not require a substantial amount of time; and (iii) that she has had difficulty within the past week reaching certain point persons at the Petitioner to whom she must speak in order to advance the work being done on this discovery.

4. Based on the foregoing, an additional extension of time is warranted under the circumstances and is likely to lead to a negotiated resolution to most, if not all, of the issues raised in Petitioner's amended motion to quash without further briefing or burden on the Court.

WHEREFORE, the Subpoena Issuers respectfully request that this Court extend the deadline within which the Subpoena Issuers may oppose or otherwise respond to the Amended Motion To Quash from March 24, 2008 to and including April 11, 2008.

Dated: March 24, 2008

**Subpoena Issuers Chris McLaughlin and Sandra McGrath**,

By their attorneys,

**/s/ Robert E. Ditzion**
Robert E. Ditzion (D.C.D. Bar No. D00267)
Thomas V. Urmy, Jr.
Todd S. Heyman
Matthew L. Tuccillo
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

### Certificate of Compliance with LCvR 7(m)

I hereby certify that, prior to the filing of this Motion, Matthew L. Tuccillo, Esq. from my office conferred with Heather A. James, Esq., counsel for PVA, concerning it. As a result of that conference, Attorney James represented that Petitioner does not oppose the extension of time requested in this motion.

**/s/ Robert E. Ditzion**
Robert E. Ditzion

### Certificate of Service

I hereby certify that on this 24th day of March 2008, a copy of this Motion was served, via First Class mail and CM/ECF upon the following counsel of record for PVA:

Heather A. James, Esq.
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W. Suite 400
Washington, D.C. 20036

**/s/ Robert E. Ditzion**
Robert E. Ditzion