IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PASSENGER VESSEL ASSOCIATION | ) | |
| | ) | In re Subpoena Relating to |
| Petitioner, | ) | Case No. 06-CA-11299-GAO |
| | ) | Pending in the United States |
| v. | ) | District Court for the District |
| | ) | of Massachusetts |
| CHRIS MCLAUGHLIN, et al. | ) | |
| | ) | |
| Subpoena Issuer. | ) | Misc. No. 1:08-mc-63 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Petitioner Passenger Vessel Association hereby dismisses the above-styled miscellaneous action.

Respectfully submitted,

 /s/ Thomas C. Mugavero
Thomas C. Mugavero, Esq.
D.C. Bar No. 431512
Steven E. Bers, Esq.
Heather A. James, Esq.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(410) 347-8775 (Phone)
(410) 223-4300 (Fax)

*Attorneys forPetitioner*
*Passenger Vessel Association*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2008 a copy of the foregoing was served electronically to:

Matthew L. Tuccillo, Esq.
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, Massachusetts  02109

                                                   /s/ Thomas Mugavero
                                                   Thomas Mugavero